UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 15 2015
Clerk, U.S. District and
Bankruptcy Courts

In re            )
                 )
                 )    Case No. _____
                 )    (Chapter __)
Debtor(s).       )

LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of __2__ pages and a total of __14__ entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Page 1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15 day of October, 2015 by:

_____
Debtor

Executed on this ____ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

PRINCE WILLIAM COUNTY DIST CT / 06

9311 LEE AVENUE MANASSAS VA 20110
703-792-6141
SCOTT ALAN WEIBLE PLLC 0640184593

CHESTERFIELD COUNTY CIRCUIT/  ID 0(

10100 IRON BRIDGE ROAD  #125
CHESTERFIELD, VA 23832

CENTRAL CREDIT AUDIT 100 N 3RD ST

SUNBURY PA 17801

ARLINGTON CO DISTRICT CT

1435 N COURTHOUSE RD ARLINGTON VA
22201  -

RR RESOURCE RECOVERY LL

88 E TIOGA AVE CORNING, NY 14830
800-433-1502

RR RESOURCE RECOVERY LL

88 E TIOGA AVE CORNING, NY 14830
800-433-1502

RR RESOURCE RECOVERY LL

88 E TIOGA AVE CORNING NY 14830
800-433-1502

FAIR COLLECTIONS AND OUTSOURCING

12304 BALTIMORE AVE STE E
BELTSVILLE, MD 20705  - 0584217967

COUNTY OF PRINCE WILLIAM

1 COUNTY COMPLEX COURT, PRINCE
WILLIAM VA 22192

WESTLAKE LEGAL GROUP 46175 WESTLAK

#320 POTOMAC FALLS, VA 20165

LEISER LAW FIRM PLLC

1749 OLD MEADOW ROAD
#630 MCLEAN, VA 22102

SUBURBAN CREDIT CORP

6142 FRANCONIA RD, PO BOX 30640
ALEXANDRIA VA 22310-2521

LABCORP OF AMERICA HOLDINGS

PO BOX 2240 BURLINGTON, NC
27216-2240

Medicredit PO Box 411187

Saint Louis, MO 63141-3187