oflstat7 (04/10)



In Re: **Andrew James Walker**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354-3280
www.dcb.uscourts.gov

Case No.: **15-00541**
Chapter: **7**

### ORDER TO FILE STATISTICAL SUMMARY AND/OR SUMMARY OF SCHEDULES
================================================================

On 10/15/2015 the debtor(s) filed schedules (Dkt.No. 7). The filing, however, failed to include the following documents:

| ☐ | Summary of Schedules | ☑ | Statistical Summary |
|---|---|---|---|

Federal Rule of Bankruptcy Procedure 1007(b) and LBR 1009-1 requires the debtor(s) to file certain schedules, statements, and other documents as prescribed by the appropriate Official Forms. Included among these Official Forms are the statistical summary and summary of schedules (Official Form 6--Summary) to be submitted with the debtor's schedules. The debtor(s) failed to file one or both of these summaries with the schedules. Accordingly, it is

ORDERED that within 7 days of the entry of this order the debtor(s) shall file above noted summaries with a declaration under penalty of perjury (Official Form 6--Declaration) or show cause, by a writing filed with this court, why the schedules (Dkt. No. 7) ought not be stricken.

Copies to:
Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 7 Trustee
Office of the United States Trustee

_____

Dated: 10/15/15

For the Court:
Clerk of the Court

By:
vr