ostkdoc7 (04/10)



In Re:  **Andrew James Walker**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **15–00541**
Chapter: **7**

### ORDER STRIKING DOCUMENT
===========================

The debtor having failed to comply with this court's 10/15/2015 Order to File Statistical Summary of Schedules and/or Summary of Schedules with a Signed Declaration Under Penalty of Perjury (Dkt. No. 14), it is hereby

ORDERED that the debtor's schedules A–J (Dkt. No. 7) is STRICKEN.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 7 Trustee
Office of the U.S. Trustee

_____

Dated:  10/23/15

For the Court: **Clerk of the Court**

By:
kb